# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 JUN 21 PM 1:09

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABEL VILLALOBOS, <br><br> Defendant. | CASE NO. 12-cr-01129-JM <br><br> BY _M_ DEPUTY <br><br> **JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (1)

21:841(a)(1) - Possession of Heroin with Intent to Distribute (2)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/20/12

                                                  Bernard G. Skomal
                                                  U.S. Magistrate Judge